# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randolph Harris Austin,

        Petitioner,

vs.

USA,

        Respondent.

JUDGMENT IN A CIVIL CASE

3:08cv134
(3:05cr213)

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/31/2008 Order.

Signed: March 31, 2008

Frank G. Johns, Clerk
United States District Court