FILED: June 6, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-6750
(3:05-cr-00213-RJC-DCK-1)
(3:08-cv-00134-RJC)

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

RANDOLPH HARRIS AUSTIN, aka Randolph Harris, aka Matarbus Raynard Fewell,

    Defendant - Appellant

_____

O R D E R

_____

The Clerk dismisses this appeal as improvidently docketed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk